**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

LIBERTY MUTUAL INSURANCE                    CIVIL ACTION
COMPANY


VERSUS                                      NO.  08-5166


FLUOR ENTERPRISES, INC., ET AL              SECTION: L


J U D G M E N T

Considering the evidence and testimony offered at the Phase I and II trials in this matter, as well as the Court's January 27, 2012 Order and Reasons (Rec. Doc. No. 257), the Court's February 17, 2012 Order and Reasons (Rec. Doc. No. 267), the Court's September 13, 2012 Order and Reasons (Rec. Doc. No. 321), and the Court's April 4, 2013 Findings of Fact and Conclusions of Law (Rec. Doc. No. 356), which are incorporated herein in their entirety,

IT IS ORDERED, ADJUDGED AND DECREED that:

- The counterclaims asserted by Westchester Fire Insurance Company and Great American Assurance Company against Liberty Mutual Fire Insurance Company are dismissed with prejudice;

- Westchester Fire Insurance Company shall pay to Liberty Mutual Fire Insurance Company the sum of two-hundred seventy-eight thousand three-hundred thirty-one and 24/100 ($278,331.24) in defense costs for Fluor Enterprises, Inc./Keith McLin, plus interest from July 2, 2010 until paid;

- Westchester Fire Insurance Company shall pay to liberty Mutual Fire Insurance Company the sum of six hundred twenty-five thousand and 00/100 dollars

($625,000.00), which constitutes its remaining policy limits at issue in this matter, plus interest on this sum from December 30, 2008 until paid;

- Great American Assurance Company shall pay to Liberty Mutual Fire Insurance Company the sum of three million and 00/100 dollars ($3,000,000.00), which constitutes its policy limits, plus interest until paid as follows:

  ☐ On the sum of $2,735,000.00, interest shall run from December 30, 2008;

  ☐ On the sum of $125,000.00 interest shall run from February 24, 2010; and

  ☐ On the sum of $500,000.00, interest shall run from May 6, 2010.

- Westchester Fire Insurance Company and Great American Assurance Company shall pay to Liberty Mutual Fire Insurance Company all costs in this matter to be determined by this Court.

New Orleans, Louisiana, this ___24th___ day of April, 2013.

**ELDON E. FALLON**

**UNITED STATES DISTRICT JUDGE**